In the Matter of the Application of LOUISE N. LANE, Appellant, for Leave to Dissolve Her Marriage with ALBERT D. LANE on the Ground of Absence.— Order denying application of petitioner for an order of publication of a notice of presentation and object of petition for dissolution of a marriage pursuant to section 7-a of the Domestic Relations Law‡ reversed upon the law and the facts, and the matter remitted to the Special Term with directions to the Special Term to grant the application and sign the order therefor. The petition sufficiently sets out facts complying with section 7-a of the Domestic Relations Law. The

---

* Added by Laws of 1922, chap. 642, known as the Uniform Conditional Sales Act.— [REP.

† Amd. by Laws of 1926, chap. 466.— [REP.

‡ Added by Laws of 1922, chap. 279, known as the Enoch Arden Act.— [REP.

fact that continued absence of the missing spouse for five years last past was preceded by a voluntary desertion does not, as a matter of law, preclude a dissolution of the marriage. It is a circumstance to be considered upon the hearing under the petition in connection with the determination of the truth of the allegations necessary to be established under section 7-a before a dissolution of the marriage may be decreed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.